IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC. d/b/a COMPASS TRANSPORTATION; COMPASS TRANSPORTATION, INC. VEOLIA TRANSPORTATION SERVICES, INC. ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:12-cv-06493-SI<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Initial Case Mgmt Conf:   March 22, 2013<br>Time:                             2:30 p.m.<br>Department:                   10<br>Judge:                            Hon. Susan Illston<br>Action Filed:                   December 21, 2012<br>Trial Date:                      None assigned |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**[PROPOSED] ORDER**

Based upon the facts set forth in the Stipulation To Continue Initial Case Management Conference, good cause has been shown, and therefore, the Court hereby grants the request and orders that the Initial Case Management Conference shall be continued from March 22, 2013 to April 19, 2013 at 2:30 p.m.

IT IS SO ORDERED.

Dated:  3/7/13

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I, Torey J. Favarote, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 835 Wilshire Blvd., Suite 200, Los Angeles, CA 90017.

On March 6, 2013 I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Party | Party(ies) Served | Method of Service |
|---|---|---|
| Steven G. Tidrick<br>Joel B. Young<br>THE TIDRICK LAW FIRM<br>2039 Shattuck Ave., Suite 308<br>Berkeley, California 94704<br>sgt@tidricklaw.com<br>jby@tidricklaw.com<br>Tel.: (510) 788-5100<br>Fax:  (510) 291-3226 | Attorney for Plaintiffs | CM/ECF |

☒   (BY CM/ECF SYSTEM)  I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on March 6, 2013, at Los Angeles, California

Torey J. Favarote