IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| MICHAEL WILLIAMS, | No. C 12-06493 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SUPERSHUTTLE INTERNATIONAL, INC. ET.AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 11, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTION TO CERTIFY THE CLASS: <u>March 14, 2014</u> at <u>9:00 a.m.</u>
  File by: 1/24/14, Opposition Due: 2/21/14, Reply Due: 2/28/14

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 17, 2014</u>.

DESIGNATION OF EXPERTS: <u>8/5/14</u> ; REBUTTAL: <u>8/19/14</u>.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 18, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>May 16, 2014</u>;

        Opp. Due <u>May 30, 2014</u>; Reply Due <u>June 6, 2014</u>;

        and set for hearing no later than <u>June 20, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 21, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>November 3, 2014</u> at <u>8:30 AM.</u>,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>15</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall occur by 9/14/13.
Deadline to file any motion for leave to amend the complaint is 9/27/13.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/23/13

_____
SUSAN ILLSTON
United States District Judge