IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC. ET.AL.,<br><br>    Defendant.<br>_____/ | No. C 12-06493 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 11, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTION TO CERTIFY THE CLASS: March 14, 2014 at 9:00 a.m.
  File by: 1/24/14, Opposition Due: 2/21/14, Reply Due: 2/28/14

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 17, 2014.

DESIGNATION OF EXPERTS: 8/5/14 ; REBUTTAL: 8/19/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 18, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by May 16, 2014;

    Opp. Due May 30, 2014; Reply Due June 6, 2014;

    and set for hearing no later than June 20, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 21, 2014 at 3:30 PM.

JURY TRIAL DATE: November 3, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall occur by 9/14/13.
Deadline to file any motion for leave to amend the complaint is 9/27/13.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/23/13

                                            SUSAN ILLSTON
                                            United States District Judge