1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC. d/b/a COMPASS TRANSPORTATION; COMPASS TRANSPORTATION, INC. VEOLIA TRANSPORTATION SERVICES, INC. ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:12-cv-06493-SI<br><br>**ORDER RE: STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Current Mediation Cut-Off: September 13, 2013<br>Department: 10<br>Judge: Hon. William Orrick<br>Action Filed: December 21, 2012<br>Trial Date: November 3, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**ORDER RE: STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**
Case No. 3:12-cv-06493-SI

## ORDER

Based upon the facts set forth in the Stipulation To Continue Mediation Completion Date, good cause has been shown, and therefore the Court hereby grants the request and orders that the Mediation Completion Date shall be continued from September 13, 2013 to December 12, 2013. A further Case Management Conference shall be held on December 17, 2013 at 2 pm in Courtroom 2.

IT IS SO ORDERED.

Dated: August 27, 2013

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

-2-

**ORDER RE: STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**
Case No. 3:12-cv-06493-SI