THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff Michael Williams

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SFO AIRPORTER, INC. d/b/a COMPASS TRANSPORTATION; and DOES 1-100,<br><br>Defendants. | Case No.: 3:12-cv-06493-WHO<br><br>CLASS ACTION<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement (hereinafter "Motion") came on regularly for hearing on September 10, 2014 in the United States District Court for the Northern District of California, the Honorable William H. Orrick presiding. All parties were represented by counsel.

Having considered the memoranda and declarations, oral arguments of counsel, and the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and orders and finds as follows:

1. The Parties' Proposed Settlement Agreement filed on July 11, 2014 (Docket No. 46) and the attachments thereto, including the proposed Notice and Claim Form, are

preliminarily approved;

2. The following Class and Collective Action is certified for settlement purposes only pursuant to Federal Rules of Civil Procedure 23 and 29 U.S.C. § 216(b):

> All individuals currently or formerly employed by Defendants SuperShuttle International, Inc. or SFO Airporter, Inc. d/b/a/ Compass Transportation as bus drivers/operators in California at any time from December 21, 2008, through the date of Preliminary Approval of the Settlement.

3. Plaintiffs' attorneys, Steven G. Tidrick, Esq. and Joel Young, Esq. of The Tidrick Law Firm are appointed Class Counsel and Plaintiff, Michael Williams is appointed as the Class Representative;

4. Rust Consulting, Inc. is appointed as the settlement administrator. The Administrator shall distribute to the class the notice and claim form pursuant to the procedures set forth in the terms of the Settlement Agreement.

5. The Opt-Out Deadline and the Claim Form Deadline as proposed in the Settlement Agreement shall be 60 calendar days from the date the Notices are mailed;

6. The deadline for objections to final approval of the settlement shall be 60 calendar days from the date the Notices are mailed;

7. Plaintiffs shall file their motion for attorneys' fees 20 days before the deadline for objections;

8. The final approval hearing is set for February 11, 2015; and

9. The settlement is deemed filed as of today's date for purposes of providing notice to the appropriate officials pursuant to 28 U.S.C. § 1715.

It is so ORDERED.

DATE: September 11, 2014

_____
The Honorable William H. Orrick
United States District Court

1

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT**